**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>        Plaintiff<br><br>                v.<br><br>JOSE A. AGUILAR-GIBOYEAUX<br>        Defendant | 05-CV-1972(JAF)<br><br>COLLECTION OF MONEY |

## JUDGMENT BY DEFAULT

Upon plaintiff's motion for judgment by default and it appearing that defendant was duly served with copy of the summons and complaint in this case; that default was entered by the Clerk of this Court against defendant for failure to plead or file an answer the complaint or otherwise appear in this case; that defendant is not an infant or incompetent person nor in the military service within the meaning of the Soldiers and Sailors Civil Relief Act; and that plaintiff is entitled to a judgment by default, the Court, being fully advised in the premises,

IT IS HEREBY ORDERED, that plaintiff recovers from defendant the amount of $11,099.00, this amount was attached and deposited in the United States District Court by the United States Marshal in compliance with pre-judgment remedy under the Federal Debt Collection Procedure Act in this case; plus statutory costs (USMS) in the total amount of $524.94 and filing fees in the amount of $250.00 as set forth in the Bill of Costs; plus 10% surcharge in the amount of $1,109.90 imposed by law due to plaintiff was forced to utilize the remedies provided under sub-chapter B of the Federal Debt collection Procedures Act of 1990, 28 U.S.C. § 3011.

USA v. JOSE A. AGUILAR-GIBOYEAUX
Page No. -2-
Civil No. 05-CV-1972(JAF)

And it is further

ORDERED, that the Clerk issue a check in the amount of $11,099.00 payable to the United States Department of Justice and delivered to the United States Attorney's Office to be credited towards debtor indebtedness in the instant case.

In San Juan, Puerto Rico, this 10th day of November, 2005.

S/JOSE A. FUSTE
UNITED STATES DISTRICT JUDGE